IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DARRELL E. COX and SHIRLEY M. COX, husband and wife and JIM RUPP and RACHEL RUPP, husband and wife,<br><br>   Plaintiffs,<br><br>v.<br><br>GARY HEGVET and CAROLYN LEE DIXON-HEGVET, husband and wife, THOMAS LINDSEY and SUSAN LINDSEY, husband and wife, and UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>   Defendants.<br>_____ | Civil No. 08-00415-C-EJL<br><br><br>**JUDGMENT** |
| GARY HEGVET and CAROLYN LEE DIXON-HEGVET, and their marital community,<br><br>   Third-Party Plaintiffs,<br><br>v.<br><br>WILLIAM FAWN RUPP and ROSE RUPP, and their marital community,<br><br>   Third-Party Defendants.<br>_____ | |

**JUDGMENT - 1**

| | |
|---|---|
| GARY HEGVET and CAROLYN LEE DIXON-HEGVET, | ) ) ) |
| Cross-Claimants, | ) ) |
| v. | ) ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) |
| Cross-Defendant | ) ) |
| _____ | ) |

Based upon this Court's Order Adopting Report and Recommendation, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims against the Defendant/Cross-Defendant United States Bureau of Land Management are DISMISSED without prejudice.

DATED: **May 19, 2009**

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 2